IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01392-MSK-KLM

DANIELLE MARIE TRUJILLO,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TASK FORCE (TRIDENT);
JOSHUA CRAINE, in his individual and official capacity;
MIKE TYLER, in his individual and official capacity;
VERNON GILES, in his individual and official capacity;
AARON MUNCH, in his individual and official capacity;
DANIEL LOYA, in his individual and official capacity;
CHRISTIAN MOHR, in his individual and official capacity;
JANE DOE, in her individual and official capacity;
JOHN DOE, in his individual and official capacity;
OFFICER RUSTY JACOBS, in his individual and official capacity Vail Police Department;
OFFICER MIKE KUPER, in his individual and official capacity Rifle Police Department;
OFFICE BRIAN RICKOFF, in his individual and official capacity Silt Police Department;
GARFIELD COUNTY SHERIFF'S DEPARTMENT;
SHERIFF LOUIS VALLARIO, in his individual and official capacity, and in his capacity as
    TRIDENT Board Chairman; and
DEPUTIES JOHN DOE AND JANE DOE, in their individual and official capacities,

    Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

    IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will

be destroyed.

DATED this 6th day of July, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge