IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01392-MSK-KLM

DANIELLE MARIE TRUJILLO,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TASK FORCE (TRIDENT),
JOSHUA CRAINE, in his individual and official capacity,
MIKE TYLER, in his individual and official capacity,
VERNON GILES, in his individual and official capacity,
AARON MUNCH, in his individual and official capacity,
DANIEL LOYA, in his individual and official capacity,
CHRISTIAN MOHR, in his individual and official capacity,
JANE DOE, in her individual and official capacity,
JOHN DOE, in her individual and official capacity,
OFFICER RUSTY JACOBS, in his individual and official capacity Vail Police Department,
OFFICER MIKE KUPER, in his individual and official capacity Rifle Police Department,
OFFICER BRIAN RICKOFF, in his individual and official capacity Silt Police Department,
GARFIELD COUNTY SHERIFF'S DEPARTMENT,
SHERIFF LOUIS VALLARIO, in his individual and official capacity, and in his capacity as Trident Board Chairman, and
DEPUTIES JOHN DOE AND JANE DOE, in the their individual and official capacities,

    Defendant(s).

---

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on a **Joint Motion for Protective Order** [Docket No. 44; Filed July 14, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS HEREBY FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: July 20, 2009