IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01392-MSK-KLM

DANIELLE MARIE TRUJILLO,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TASK FORCE (TRIDENT),
JOSHUA CRAINE, in his individual and official capacity,
MIKE TYLER, in his individual and official capacity,
VERNON GILES, in his individual and official capacity,
AARON MUNCH, in his individual and official capacity,
DANIEL LOYA, in his individual and official capacity,
CHRISTIAN MOHR, in his individual and official capacity,
JANE DOE, in her individual and official capacity,
JOHN DOE, in her individual and official capacity,
OFFICER RUSTY JACOBS, in his individual and official capacity Vail Police Department,
OFFICER MIKE KUPER, in his individual and official capacity Rifle Police Department,
OFFICER BRIAN RICKOFF, in his individual and official capacity Silt Police Department,
GARFIELD COUNTY SHERIFF'S DEPARTMENT,
SHERIFF LOUIS VALLARIO, in his individual and official capacity, and in his capacity as Trident Board Chairman, and
DEPUTIES JOHN DOE AND JANE DOE, in the their individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Set Deadline for the Filing of an Amended Complaint and Responsive Pleadings and to Continue Scheduling Conference** [Docket No. 46; Filed July 17, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall file an Amended Complaint on or before **August 17, 2009**.

    IT IS FURTHER **ORDERED** that Defendants shall answer of otherwise respond to the Amended Complaint within 10 days after the filing of the Amended Complaint.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 11, 2009

at 11:00 a.m. is **vacated** and **reset** to **September 18, 2009 at 11:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that counsel shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet all terms or pay all amounts which are demanded or sought by any opposing party in the case without consulting with some other person, committee, or agency.

IT IS FURTHER **ORDERED** that Defendant's client representative may participate by telephone. Defendant's counsel is instructed to obtain the telephone number where the client representative will be available during the conference.

**IT IS FURTHER ORDERED that the parties shall follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements.**

Parties shall submit their Confidential Settlement Statement on or before **August 21, 2009**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order." Parties not participating in ECF shall submit all materials as hard copies.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: July 21, 2009