IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01392-MSK-KLM

DANIELLE MARIE TRUJILLO,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TASK FORCE (TRIDENT);
MIKE TYLER, in his individual and official capacity;
AARON MUNCH, in his individual and official capacity;
DANIEL LOYA, in his individual and official capacity;
JANE DOE, in her individual and official capacity;
JOHN DOE, in his individual and official capacity;
DEPUTIES JOHN DOE AND JANE DOE, in their individual and official capacities,

    Defendants.
_____

## ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS
_____

THIS MATTER is before the Court on the Stipulated Motion to Dismiss Certain Defendants With Prejudice **(#58)** filed September September 17, 2009.  The Court having read the Stipulated Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Stipulated Motion is **GRANTED** and any and all claims against Defendants Joshua Craine, Vernon Giles, Garfield County Sheriff's Department, Sheriff Louis Vallario, Mike Tyler, Mike Kuper, Rusty jacobs, Christian Mohr and Brian rikhoff are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All captions hereafter shall omit these Defendants.

DATED this 18th day of September, 2009.

                                                  **BY THE COURT:**

 

_____
Marcia S. Krieger
United States District Judge