IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01392-MSK-KLM

DANIELLE MARIE TRUJILLO,

    Plaintiff,

v.

TWO RIVERS DRUG ENFORCEMENT TASK FORCE (TRIDENT);
MIKE TYLER, in his individual and official capacity;
AARON MUNCH, in his individual and official capacity;
DANIEL LOYA, in his individual and official capacity;
JANE DOE, in her individual and official capacity;
JOHN DOE, in his individual and official capacity;
DEPUTIES JOHN DOE AND JANE DOE, in their individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal of All Remaining Defendants and Dismissal of the Action With Prejudice **(#61)** filed September 22, 2009.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**.  All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 23rd of September, 2009.

                                         **BY THE COURT:**

                                         *Marcia S. Krieger*
                                         _____

Marcia S. Krieger
United States District Judge